# 2001CR000384 Commonwealth vs. Martell-Lebron, Wilson

- Case Type:
- Criminal
- File Date
- 01/23/2020
- Initiating Action:
- LICENSE, FALSE APPLICATION FOR MV c90 §24B
- Next Event:

All Information | Party | Charge | Event | Docket | Disposition

## Party Information

**Martell-Lebron, Wilson**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Burdette, Esq., David E
- Bar Code
- 706989
- Address
- Delaware County Public Defender's Office
- 220 N Jackson St
- Media, PA  19063
- Phone Number
- (610)891-4100
- Attorney
- Erkan, Esq., Murat
- Bar Code
- 637507
- Address
- Erkan and Sullivan, PC
- 300 High St
- Andover, MA  01810
- Phone Number
- (978)474-0054
- Attorney
- Sullivan, Esq., Ryan P
- Bar Code
- 672583
- Address
- Erkan and Sullivan
- 300 High St
- Andover, MA  01810
- Phone Number
- (978)474-0054

**More Party Information**

## Party Charge Information

- **Martell-Lebron, Wilson**
- Defendant
- Charge # 1:
- 90/24B/A-0 - Felony      LICENSE, FALSE APPLICATION FOR MV c90 §24B
- Counts:

- Original Charge
- 90/24B/A-0 LICENSE, FALSE APPLICATION FOR MV c90 §24B (Felony)
- Amended Charge

- Jurisdiction
- Boston
- Date of Offense
- 01/23/2020

**Charge Disposition**
Disposition Date
Disposition
03/31/2025
Dismissed - With Prejudice

- **Martell-Lebron, Wilson**
- Defendant
- Charge # 2:

- **90/24B/B-1 - Felony Counts:**    RMV DOCUMENT, FORGE/MISUSE c90 §24B

- Original Charge
  - 90/24B/B-1 RMV DOCUMENT, FORGE/MISUSE c90 §24B (Felony)
  - Amended Charge

- Jurisdiction
  - Boston
  - Date of Offense
  - 01/23/2020

**Charge Disposition**
Disposition Date
Disposition
03/31/2025
Dismissed - With Prejudice

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 01/23/2020 09:00 AM | Arraignment - Rm 17, 5th Flr | BOS-5th FL, CR 17 (BMC) | Arraignment | | Held - Bail or Conditions of Release ordered |
| 01/24/2020 09:00 AM | Arraignment - Rm 17, 5th Flr | BOS-5th FL, CR 17 (BMC) | Hearing to Review Status | | Held |
| 03/26/2020 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Pretrial Hearing | | Rescheduled-Covid-19 emergency |
| 06/25/2020 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Pretrial Hearing | | Rescheduled-Covid-19 emergency |
| 08/18/2020 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Pretrial Hearing | | Rescheduled-Covid-19 emergency |
| 10/27/2020 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Pretrial Hearing | | Held |
| 12/07/2020 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | First Appearance in Trial Session (CR) | | Rescheduled-Covid-19 emergency |
| 12/07/2020 09:00 AM | Virtual Court Session | BOS-5th FL, CR 15 (BMC) | First Appearance in Trial Session (CR) | | Held |
| 02/09/2021 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion to Dismiss | | Held - Motion allowed |
| 05/19/2021 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Discovery Compliance & Jury Election | | Held |
| 08/12/2021 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion to suppress | | Not Held |
| 10/21/2021 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion to suppress | | Reschedule of Hearing |
| 01/20/2022 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion to suppress | | Reschedule of Hearing |
| 03/16/2022 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion to suppress | | Reschedule of Hearing |
| 04/28/2022 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion to suppress | | Held - under advisement |
| 05/05/2022 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Hearing to Review Status | | Held |
| 05/10/2022 11:30 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion Hearing (CR) | | Held - Motion allowed |
| 07/28/2022 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion Hearing (CR) | | Held - Motion allowed |
| 08/17/2022 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Jury Trial (CR) | | Event Cancelled |
| 09/16/2022 09:00 AM | Arraignment - Rm 17, 5th Flr | BOS-5th FL, CR 17 (BMC) | Hearing to Review Status | | Held |
| 11/02/2022 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Pretrial Hearing | | Held |
| 12/30/2022 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Motion Hearing (CR) | | Not Held |
| 02/17/2023 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Motion Hearing (CR) | | Reschedule of Hearing |

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 04/07/2023 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Motion Hearing (CR) | | Not Held |
| 04/13/2023 09:00 AM | Pre-Trial - Courtroom 14, 5th Flr | | Motion Hearing (CR) | | Not Held |
| 05/17/2023 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion Hearing (CR) | | Held - under advisement |
| 07/06/2023 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Hearing to Review Status | | Reschedule of Hearing |
| 08/29/2023 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Jury Trial (CR) | | Not Held |
| 10/30/2023 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Jury Trial (CR) | | Not Held |
| 01/23/2024 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Jury Trial (CR) | | Reschedule of Hearing |
| 03/27/2024 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Jury Trial (CR) | | Not Held |
| 06/10/2024 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Jury Trial (CR) | | Not Held |
| 10/11/2024 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion Hearing (CR) | | Held - Motion allowed |
| 10/16/2024 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Jury Trial (CR) | | Reschedule of Hearing |
| 10/16/2024 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Motion to Dismiss | | Held - under advisement |
| 12/10/2024 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | BOS-5th FL, CR 15 (BMC) | Jury Trial (CR) | | Reschedule of Hearing |
| 01/24/2025 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | | Motion Hearing (CR) | | Held - Motion allowed |
| 01/29/2025 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | | Jury Trial (CR) | | Reschedule of Hearing |
| 01/29/2025 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | | Motion Hearing (CR) | | Held - Motion denied |
| 01/31/2025 09:00 AM | Arraignment - Rm 17, 5th Flr | BOS-5th FL, CR 17 (BMC) | Motion Hearing (CR) | | Held - Motion allowed |
| 03/27/2025 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | | Jury Trial (CR) | | Reschedule of Hearing |
| 03/28/2025 09:00 AM | Courtroom 21 -6th Floor | | Jury Trial (CR) | | Not Held |
| 03/31/2025 09:00 AM | Courtroom 21 -6th Floor | | Jury Trial (CR) | | Held - Dismiss or to be Dismiss All Charges |
| 04/03/2025 09:00 AM | Motions & Trials - Courtroom 15, 5th Flr | | Jury Trial (CR) | | Reschedule of Hearing |

## Docket Information

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 01/23/2020 | Criminal complaint issued. Originating Court: BMC Central Case Number: 2001AC000480- Receiving Court: BMC Central ; | | |
| 01/23/2020 | Complaint issued upon new arrest. | | |
| 01/23/2020 | Case recalled.  Probation reports Deft. has Parole Warrant. | | |
| 01/23/2020 | Defendant is ordered committed without bail because OTHER REASON: to Suffolk County Jail returnable for 01/24/2020 09:00 AM Hearing to Review Status; mittimus issued. Court location of next event (if not this court): Further Orders: | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| | Judge: McKenna, Jr., Hon. Robert J | | |
| 01/24/2020 | Participants at Court Event - Defendant in custody, in Court - Assistant District Attorney Haag - Probation Representative Grenier - Session Clerk - kws - Courtroom and Time - 17/. <br>Atty Stanton appears on behalf of atty Florek <br><br>Judge: Grant, Hon. Lisa | | |
| 01/24/2020 | The Court enters the following order: Court orders deft be detained on a parole detainer....Bail revised to personal recognizance <br><br>Judge: Grant, Hon. Lisa | | |
| 01/24/2020 | Released on Personal Recognizance <br><br>Judge: Grant, Hon. Lisa | | |
| 01/24/2020 | Habeas Corpus for prosecution issued to MCI - Cedar Junction (at Walpole) returnable for 03/26/2020 09:00 AM Pretrial Hearing: <br>Further Orders: <br><br>Judge: Grant, Hon. Lisa | | |
| 03/18/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Pretrial Hearing scheduled on: <br>          03/26/2020 09:00 AM <br>Has been: Rescheduled-Covid-19 emergency <br>Hon. Thomas C Horgan, Presiding | | |
| 03/18/2020 | Habeas Corpus for prosecution issued to MCI - Cedar Junction (at Walpole) returnable for 06/25/2020 09:00 AM Pretrial Hearing: <br>Further Orders: <br>CANCEL HABE FOR 3/26/20 <br><br>Judge: Horgan, Hon. Thomas C | | |
| 06/25/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Pretrial Hearing scheduled on: <br>          06/25/2020 09:00 AM <br>Has been: Rescheduled-Covid-19 emergency <br>Unassigned, Presiding | | |
| 06/26/2020 | Attorney Florek provided information that the Defendant is no longer in custody and will not require a HABE. | | |
| 08/17/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Pretrial Hearing scheduled on: <br>          08/18/2020 09:00 AM <br>Has been: Rescheduled-Covid-19 emergency <br>Unassigned, Presiding | | |
| 10/27/2020 | Participants at Court Event - Defendant via phone in Court - Assistant District Attorney Ball via phone - Probation Representative Izzo - Session Clerk - JG - Courtroom and Time - RM 14; 10:10. <br>Atty Florek appears via phone <br><br>Hearing held via Telephonic Hearing <br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 10/27/2020 | Released on Personal Recognizance <br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 12/07/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  First Appearance in Trial Session (CR) scheduled on: <br>          12/07/2020 09:00 AM <br>Has been: Rescheduled-Covid-19 emergency <br>Hon. Thomas C Horgan, Presiding | | |
| 12/07/2020 | Participants at Court Event - Defendant In via phone Court - Assistant District Attorney Hirsch - Probation Representative Izzo - Session Clerk - KWS - Courtroom and Time - 15/9:40. <br>Attorney Florek appears | | |
| 12/07/2020 | Released on Personal Recognizance <br><br>Judge: Summerville, Hon. Mark H | | |
| 12/07/2020 | Misc Entry: <br><br>Virtual notice filed. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| | Judge: Summerville, Hon. Mark H | | |
| 12/07/2020 | The Court enters the following order: Defendant required to call in next date. | | |
| 12/10/2020 | Verified by JL | | |
| 02/04/2021 | Defendant's motion for Bill of Particulars (Rule 13b) filed with the following, if any, supporting documents: | | |
| 02/04/2021 | Affidavit of Wilson Martell-Lebron in support of motion for bill of particulars filed. | | |
| 02/04/2021 | Defendant files complaint and report with motion for bill of particulars | | |
| 02/09/2021 | Participants at Court Event - Defendant via phone in Court - Assistant District Attorney Mooney - Probation Representative Jurczak - Session Clerk - KMW - Courtroom and Time - Rm 15 / 12:25. <br><br>Attorney: Florek, Esq., Ashley <br><br>Judge: Summerville, Hon. Mark H | | |
| 02/09/2021 | Defendant's motion for Bill of Particulars (Rule 13b) filed with the following, if any, supporting documents: <br>Motion allowed as to Count 2 <br><br>Judge: Summerville, Hon. Mark H | | |
| 02/09/2021 | Released on Personal Recognizance. Next hearing to be held via phone. Deft to call into court on 5/19/21. <br><br>Judge: Summerville, Hon. Mark H | | |
| 02/09/2021 | Spanish Interpreter requested for next court date. <br><br>Judge: Summerville, Hon. Mark H | | |
| 02/17/2021 | Commonwealth's motion for Bill of Particulars (Rule 13b) filed with the following, if any, supporting documents: | | |
| 05/19/2021 | Participants at Court Event - Defendant in via phone Court - Assistant District Attorney Morgan - Probation Representative Greene - Session Clerk - KMW - Courtroom and Time - RM 15 @ 9:07. <br>Atty Florek via phone <br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 05/19/2021 | Interpreter present at hearing. <br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 05/19/2021 | Released on Personal Recognizance <br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 05/19/2021 | Interpreter requested for next court date. <br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 05/19/2021 | In person hearing on 8/12/2021 <br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 05/19/2021 | The Court enters the following order: Motion to Suppress to be filed 2 weeks prior <br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 08/04/2021 | Defendant's motion to Suppress filed with the following, if any, supporting documents:  affidavit in support of motion, memorandum of law, certif. of service on opposing party | | |
| 08/12/2021 | Participants at Court Event - Defendant in Court - Assistant District Attorney O'Neill - Probation Representative Golay - Session Clerk - JR - Courtroom and Time - 15 / 10:06. <br>Attorney Florek present <br><br>Judge: Horgan, Hon. Thomas C | | |
| 08/12/2021 | Defendant's motion to Suppress filed with the following, if any, supporting documents: <br><br>Judge: Horgan, Hon. Thomas C | | |
| 08/12/2021 | No action taken <br><br>for motion to suppress <br><br>Judge: Horgan, Hon. Thomas C | | |

| [Docket Date](#) | Docket Text | [Amount Owed](#) | Image Avail. |
|---|---|---|---|
| 08/12/2021 | Commonwealth Answers Ready for motion to suppress.<br>Defendant Answers Ready for motion to suppress.<br><br>Judge: Horgan, Hon. Thomas C | | |
| 08/12/2021 | Released on Personal Recognizance<br><br>To be held in person.<br><br>Judge: Horgan, Hon. Thomas C | | |
| 10/21/2021 | Commonwealth reports not ready for motion to suppress<br><br>Judge: Treseler, Hon. Paul | | |
| 10/21/2021 | Released on Personal Recognizance<br><br>Judge: Treseler, Hon. Paul | | |
| 10/21/2021 | Participants at Court Event - Defendant in Court - Assistant District Attorney Ball - Probation Representative Golay - Session Clerk - kn - Courtroom and Time - 15  9.43.<br>Atty Florek appears<br><br>Judge: Treseler, Hon. Paul | | |
| 10/21/2021 | Spanish Interpreter requested for next court date.<br><br>Judge: Treseler, Hon. Paul | | |
| 01/19/2022 | Defendant's motion to reschedule or continue scheduled court hearing filed with the following, if any, supporting documents:  affidavit in support of motion | | |
| 01/19/2022 | Motion to reschedule or continue scheduled court hearing ALLOWED.<br>by Agreement.<br>All parties notified. | | |
| 03/16/2022 | Participants at Court Event - Defendant In Court - Assistant District Attorney Morgan - Probation Representative Booker - Session Clerk - KN - Courtroom and Time - RM 15 / 925.<br>RM 15 / 925<br>Sent to RM 21<br><br>Judge: Lyons, Hon. Tracy Lee | | |
| 03/16/2022 | Commonwealth reports ready for MTS.<br>Deft reports ready for MTS.<br><br>Judge: Lyons, Hon. Tracy Lee | | |
| 03/16/2022 | Participants at Court Event - Defendant In Court - Assistant District Attorney Callahan/Morgan - Probation Representative Izzo - Session Clerk - AE - Courtroom and Time - RM 21 / 1007, 1124, 1233.<br>Spanish Interpreter not available<br><br>Attorney: Florek, Esq., Ashley | | |
| 03/16/2022 | Released on Personal Recognizance<br>Judge: Stanton, Hon. James Martin | | |
| 03/16/2022 | Spanish Interpreter requested for next court date.<br>Judge: Stanton, Hon. James Martin | | |
| 04/27/2022 | Memorandum filed by Defendant<br>Amended Memorandum of Law in Support of Motion to Suppress | | |
| 04/28/2022 | Commonwealth reports ready for motion to suppress<br><br>sent to Rm. 20<br><br>Judge: Garland, Hon. John E | | |
| 04/28/2022 | Participants at Court Event - Defendant In Court - Assistant District Attorney Haag - Probation Representative Izzo/Jurczak - Session Clerk - KN/AE - Courtroom and Time - 15, 21 / 9:46, 11:23.<br>Attorney Florek Appears<br><br>Judge: Lyons, Hon. Tracy Lee | | |
| 04/28/2022 | Spanish Interpreter present at hearing.<br><br>Judge: Garland, Hon. John E | | |
| 04/28/2022 | Motion to Suppress Commences<br>Commonwealth Calls Witness, Trooper David Dumont Sworn & Testifies (11:31 - 12:02)<br>Exhibits 1 and 2 , photographs, admitted by commonwealth - Commonwealth rests | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| | Judge: Garland, Hon. John E | | |
| 04/28/2022 | Defendant Offers Closing Argument<br>Commonwealth offers closing argument<br>After full hearing, motion to suppress taken under advisement<br><br>Judge: Garland, Hon. John E | | |
| 04/28/2022 | Released on Personal Recognizance<br><br>Judge: Garland, Hon. John E | | |
| 04/28/2022 | Defendant's presence excused May 5th<br><br>Judge: Garland, Hon. John E | | |
| 04/28/2022 | To go to Hon. Tracy Lee Lyons | | |
| 04/28/2022 | Motion to Suppress DENIED. | | |
| 05/05/2022 | Participants at Court Event - Defendant not in Court - Assistant District Attorney Callahan - Probation Representative Izzo - Session Clerk - JR - Courtroom and Time - 15/949.<br>Atty Florek appears | | |
| 05/05/2022 | Matter sent to Courtroom 13 | | |
| 05/05/2022 | Participants at Court Event - Defendant Not in Court - Assistant District Attorney Dorfer - Probation Representative Luckie - Session Clerk - PM - Courtroom and Time - 13/10:17.<br>Atty Florek appears<br><br>Judge: Lyons, Hon. Tracy Lee | | |
| 05/05/2022 | def appearance waived<br><br>Judge: Lyons, Hon. Tracy Lee | | |
| 05/10/2022 | Commonwealth's motion to reschedule or continue scheduled court hearing filed with the following, if any, supporting documents: | | |
| 05/10/2022 | Commonwealth's motion to reschedule or continue scheduled court hearing filed and ALLOWED. | | |
| 05/10/2022 | Called ahead at the request of Commonwealth<br>ADA HAAG for the purpose of continuance | | |
| 05/10/2022 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 08/17/2022  Time: 09:00 AM<br>Result: Event Cancelled | | |
| 05/10/2022 | Participants at Court Event - Defendant not in Court - Assistant District Attorney Haag - Probation Representative Clifferd - Session Clerk - KWS - Courtroom and Time - 15/1148.<br>Atty not present<br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 07/28/2022 | Called ahead at the request of Defendant<br>Atty Florek | | |
| 07/28/2022 | Participants at Court Event - Defendant not in Court - Assistant District Attorney Ryan - Probation Representative DeLuca - Session Clerk - CM - Courtroom and Time - 15/1:04.<br>Atty Florek appears.<br><br>Judge: Reis, Hon. Hon. Erika | | |
| 07/28/2022 | Defendant's motion to withdraw & change the event filed and ALLOWED. | | |
| 09/16/2022 | Released on Personal Recognizance<br><br>Judge: Coffey, Hon. James W | | |
| 09/16/2022 | Participants at Court Event - Defendant in Court - Assistant District Attorney Morgan - Probation Representative Griffin - Session Clerk - kmw - Courtroom and Time - 17  9.24.<br>Atty Erkan appears<br><br>Judge: Coffey, Hon. James W | | |
| 11/02/2022 | Participants at Court Event - Defendant in Court - Assistant District Attorney Simone - Probation Representative Rowely - Session Clerk - JR - Courtroom and Time - 14/ 932.<br>Atty Erkan appears<br><br>Judge: Sinnott, Hon. Richard | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 11/02/2022 | Defendant's motion to reopen evidence and renew motion to suppress filed with the following, if any, supporting documents: affidavit in support of motion<br>NO ACTION TAKEN | | |
| 11/02/2022 | Released on Personal Recognizance<br><br>Judge: Sinnott, Hon. Richard | | |
| 11/02/2022 | To go to Hon. Tracy Lee Lyons<br><br>Judge: Sinnott, Hon. Richard | | |
| 12/30/2022 | Participants at Court Event - Defendant in Court - Assistant District Attorney Jones - Probation Representative Chery - Session Clerk - ZS - Courtroom and Time - 14/9:34.<br>Atty Erkan appears | | |
| 12/30/2022 | Released on Personal Recognizance<br>Judge: Sinnott, Hon. Eleanor C | | |
| 12/30/2022 | To go to Hon. Tracy Lee Lyons | | |
| 02/17/2023 | Participants at Court Event - Defendant in Court - Assistant District Attorney Fraiman - Probation Representative Greene - Session Clerk - ZS - Courtroom and Time - Rm. 14, 9:11, 9:43.<br>Attorney Barrit present for Attorney Erkan<br><br>Spanish Interpreter present and sworn | | |
| 02/17/2023 | Released on Personal Recognizance<br><br>Judge: Key, Hon. Steven M | | |
| 02/17/2023 | Interpreter requested for next court date.<br><br>Judge: Key, Hon. Steven M | | |
| 02/17/2023 | To go to Hon. Tracy Lee Lyons<br><br>Judge: Key, Hon. Steven M | | |
| 04/07/2023 | Released on Personal Recognizance<br><br>Judge: Summerville, Hon. Mark H | | |
| 04/07/2023 | To go to Hon. Tracy Lee Lyons<br><br>Judge: Summerville, Hon. Mark H | | |
| 04/07/2023 | Interpreter requested for next court date.<br><br>Judge: Summerville, Hon. Mark H | | |
| 04/07/2023 | Defense counsel waives interpreter<br><br>Judge: Summerville, Hon. Mark H | | |
| 04/07/2023 | Participants at Court Event - Defendant in Court - Assistant District Attorney Morgan - Probation Representative Lindsey - Session Clerk - jg - Courtroom and Time - 14  9.22.<br>Atty Barnt<br><br>Judge: Summerville, Hon. Mark H | | |
| 04/13/2023 | Participants at Court Event - Defendant In Court - Assistant District Attorney Pasciak - Probation Representative Grey - Session Clerk - KN - Courtroom and Time - 14 @ 9:52.<br>Attorney erkan appears<br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 04/13/2023 | To go to Hon. Tracy Lee Lyons<br>sent to courtroom 15<br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 04/13/2023 | Participants at Court Event - Defendant In Court - Assistant District Attorney Nucci - Probation Representative Lindsey - Session Clerk - ZS - Courtroom and Time - 15 @ 10:09.<br>attorney erkan appears<br><br>Judge: Sinnott, Hon. Eleanor C | | |
| 04/13/2023 | Spanish Interpreter requested for next court date.<br><br>Judge: Sinnott, Hon. Eleanor C | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 04/13/2023 | Released on Personal Recognizance | | |
| | Judge: Sinnott, Hon. Eleanor C | | |
| 05/15/2023 | Commonwealth's motion to Defendant's motion to reopen evidence and renew motion to suppress filed with the following, if any, supporting documents: | | |
| 05/17/2023 | Participants at Court Event - Defendant In Court - Assistant District Attorney Nucci - Probation Representative Grey - Session Clerk - MA - Courtroom and Time - 15/904.<br>Atty Erkan present | | |
| 05/17/2023 | Matter sent to Rm 14 to go before Judge Lyons | | |
| | Judge: Lyons, Hon. Tracy Lee | | |
| 05/17/2023 | Participants at Court Event - Defendant In Court - Assistant District Attorney Pullerits - Probation Representative Griffin - Session Clerk - MA - Courtroom and Time - 14/1110.<br>Atty Erkan present | | |
| | Judge: Lyons, Hon. Tracy Lee | | |
| 05/17/2023 | Spanish Interpreter present and sworn at hearing. | | |
| | Judge: Lyons, Hon. Tracy Lee | | |
| 05/17/2023 | After full hearing, Deft's motion to reopen evidence and renew motion to suppress is taken under advisement | | |
| | Judge: Lyons, Hon. Tracy Lee | | |
| 05/17/2023 | Defendant's presence excused on next date | | |
| | Judge: Lyons, Hon. Tracy Lee | | |
| 05/17/2023 | Released on Personal Recognizance | | |
| | Judge: Lyons, Hon. Tracy Lee | | |
| 05/19/2023 | Defendant's motion to re-open evidence and renew motion to supress filed and DENIED.<br>After full hearing, the motion to re-open evidence and renew motion to suppress is denied in the Courts discretion. | | |
| 07/06/2023 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 08/29/2023  Time: 09:00 AM<br>Result: Not Held | | |
| 07/06/2023 | Participants at Court Event - Defendant Not In Court - Defense Attorney Attorney Erikson Present - Assistant District Attorney Dontanelle - Probation Representative Lindsey - Session Clerk - ZS - Courtroom and Time - 15 / 9:14. | | |
| | Judge: Key, Hon. Steven M | | |
| 07/06/2023 | Defendant's presence excused. | | |
| | Judge: Key, Hon. Steven M | | |
| 07/06/2023 | Interpreter requested for next court date. | | |
| | Judge: Key, Hon. Steven M | | |
| 07/06/2023 | Pretrial conference report filed. | | |
| | Judge: Key, Hon. Steven M | | |
| 08/29/2023 | Participants at Court Event - Defendant In Court - Defense Attorney Erkan - Assistant District Attorney Coren - Probation Representative Greene - Session Clerk - KM - Courtroom and Time - 15 / 9:23. | | |
| | Judge: Treseler, Hon. Paul | | |
| 08/29/2023 | Commonwealth reports ready for trial. | | |
| | Deft. answers ready | | |
| | Judge: Treseler, Hon. Paul | | |
| 08/29/2023 | Participants at Court Event - Defendant In Court - Defense Attorney Erkan - Assistant District Attorney McPherson - Probation Representative SMith - Session Clerk - KD - Courtroom and Time - 19 / 9:48. | | |
| | Judge: Treseler, Hon. Paul | | |
| 08/29/2023 | Released on Personal Recognizance | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| | Judge: Treseler, Hon. Paul | | |
| 08/29/2023 | Interpreter requested for next court date. Judge: Sinnott, Hon. Eleanor C | | |
| 09/12/2023 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 10/30/2023  Time: 09:00 AM<br>Result: Not Held | | |
| 10/30/2023 | Participants at Court Event - Defendant in Court - Defense Attorney Erkin - Assistant District Attorney Tobin - Probation Representative Greene - Session Clerk - KWS - Courtroom and Time - 15 / 9:50.<br>Judge: Coffey, Hon. James W | | |
| 10/30/2023 | Commonwealth reports ready for trial.<br>Sent to Room 19<br>Judge: Coffey, Hon. James W | | |
| 10/30/2023 | Participants at Court Event - Defendant in Court - Defense Attorney Erkin - Assistant District Attorney McPhearson - Probation Representative Deluca - Session Clerk - PW - Courtroom and Time - 19 / 10:15 / 10:17 / 10:50.<br>Judge: Coffey, Hon. James W | | |
| 10/30/2023 | Commonwealth reports ready for trial.<br>Defendant reports ready for trial.<br>Judge: Coffey, Hon. James W | | |
| 10/30/2023 | Interpreter present at hearing and previously sworn.<br>Judge: Coffey, Hon. James W | | |
| 10/30/2023 | Released on Personal Recognizance<br>Judge: Coffey, Hon. James W | | |
| 10/30/2023 | The Court enters the following order: 1st case out.<br>Judge: Coffey, Hon. James W | | |
| 10/30/2023 | Interpreter requested for next court date.<br>Judge: Coffey, Hon. James W | | |
| 10/31/2023 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 01/23/2024  Time: 09:00 AM<br>Result: Reschedule of Hearing | | |
| 01/23/2024 | Participants at Court Event - Defendant in Court - Defense Attorney ERkan - Assistant District Attorney Flloyd - Probation Representative Grey - Session Clerk - KWs - Courtroom and Time - 15/900.<br>Sent to Room 21<br>Judge: Treseler, Hon. Paul | | |
| 01/23/2024 | Participants at Court Event - Defendant i Court - Defense Attorney Erkan - Assistant District Attorney Pasciak - Probation Representative Green - Session Clerk - KD - Courtroom and Time - 21/9:32,9:55.<br>Judge: Treseler, Hon. Paul | | |
| 01/23/2024 | NO Interpreter present at hearing.<br>Judge: Treseler, Hon. Paul | | |
| 01/23/2024 | The Court enters the following order: Matters continued over defendant due to court congestion.<br>Judge: Treseler, Hon. Paul | | |
| 01/23/2024 | The Court enters the following order: Spanish interpreter to be assigned to this case for next date<br>Judge: Treseler, Hon. Paul | | |
| 01/23/2024 | Commonwealth reports ready for trial.<br>Defendant reports ready for trial.<br>Judge: Treseler, Hon. Paul | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 01/23/2024 | Released on Personal Recognizance  Judge: Treseler, Hon. Paul | | |
| 01/23/2024 | Interpreter requested for next court date.  Judge: Treseler, Hon. Paul | | |
| 01/23/2024 | Event Scheduled  Event: Jury Trial (CR)  Date: 03/27/2024  Time: 09:00 AM  Result: Not Held | | |
| 03/27/2024 | Event Scheduled  Event: Jury Trial (CR)  Date: 06/10/2024  Time: 09:00 AM  Result: Not Held | | |
| 03/27/2024 | Participants at Court Event - Defendant in Court - Defense Attorney Erkan - Assistant District Attorney Liberq - Probation Representative Smith - Session Clerk - CM - Courtroom and Time - 15/9:17. | | |
| 03/27/2024 | Commonwealth reports ready for trial.  Defendant reports ready for trial.  Judge: Stanton, Hon. James Martin | | |
| 03/27/2024 | Matter sent to Courtroom 19  Judge: Stanton, Hon. James Martin | | |
| 03/27/2024 | Participants at Court Event - Defendant in Court - Defense Attorney Erkan - Assistant District Attorney Izzy - Probation Representative Valcin - Session Clerk - KN - Courtroom and Time - 19/9:45,10:09. | | |
| 03/27/2024 | Matter sent to Courtroom 15  Judge: Coffey, Hon. James W | | |
| 03/27/2024 | Participants at Court Event - Defendant in Court - Defense Attorney Erkan - Assistant District Attorney Liber - Probation Representative Smith - Session Clerk - CM - Courtroom and Time - 15/10:48,12:26. | | |
| 03/27/2024 | Motion in Limine to exclude DENIED. | | |
| 03/27/2024 | The Court enters the following order: Discovery is closed for this matter | | |
| 03/27/2024 | Released on Personal Recognizance  Judge: Stanton, Hon. James Martin | | |
| 03/27/2024 | 1st Case out  Judge: Stanton, Hon. James Martin | | |
| 03/27/2024 | Continued over Defendant's objection  Judge: Stanton, Hon. James Martin | | |
| 03/27/2024 | Spanish Interpreter requested for next court date.  Judge: Stanton, Hon. James Martin | | |
| 06/10/2024 | Participants at Court Event - Defendant In Court - Defense Attorney Erkan - Assistant District Attorney Coren - Probation Representative Greene - Session Clerk - KN - Courtroom and Time - 15/905,1118,1138.  Judge: Coffey, Hon. James W | | |
| 06/10/2024 | Commonwealth reports ready for trial- Continued due to congestion  Judge: Coffey, Hon. James W | | |
| 06/10/2024 | Released on Personal Recognizance  Judge: Coffey, Hon. James W | | |
| 06/20/2024 | Event Scheduled  Event: Jury Trial (CR)  Date: 10/16/2024  Time: 09:00 AM  Result: Reschedule of Hearing | | |
| 10/02/2024 | Defendant's motion to Dismiss filed with the following, if any, supporting documents: | | |
| 10/11/2024 | Called ahead at the request of Commonwealth | | |
| 10/11/2024 | Participants at Court Event - Defendant Not in Court - Defense Attorney No Atty - Assistant District Attorney Trinkley - Probation Representative Greene - Session Clerk - KN - Courtroom and Time - 15/1044. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| | Judge: Key, Hon. Steven M | | |
| 10/11/2024 | Commonwealth's motion to change event filed and ALLOWED. | | |
| 10/11/2024 | At the request of Defendant's Attorney a Spanish Interpreter has been requested. | | |
| 10/15/2024 | Commonwealth's opposition to the defendant's motion to dismiss on speedy trial grounds received and filed. | | |
| 10/16/2024 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 12/10/2024  Time: 09:00 AM<br>Result: Reschedule of Hearing | | |
| 10/16/2024 | Participants at Court Event - Defendant In Court - Defense Attorney Erkan - Assistant District Attorney Falso - Probation Representative Ryan - Session Clerk - MLH - Courtroom and Time - 15/ 9:10, 9:41,10:26.<br><br>Judge: Stanton, Hon. James Martin | | |
| 10/16/2024 | Spanish interpreter present and sworn at hearing.<br><br>Judge: Stanton, Hon. James Martin | | |
| 10/16/2024 | Commonwealth reports ready for motion to dismiss<br>Defendant answers ready for motion to dismiss<br><br>Judge: Stanton, Hon. James Martin | | |
| 10/16/2024 | After full hearing, motion to dismiss is taken under advisement.<br>Defendant objects to continuing jury trial.<br><br>Judge: Stanton, Hon. James Martin | | |
| 10/16/2024 | Released on Personal Recognizance<br><br>Judge: Stanton, Hon. James Martin | | |
| 11/12/2024 | Motion to Dismiss DENIED.<br>After review and consideration,<br><br>Judge: Stanton, Hon. James Martin | | |
| 12/05/2024 | Defendant's motion to amend docket filed with the following, if any, supporting documents: | | |
| 12/05/2024 | Defendant's motion to Dismiss filed with the following, if any, supporting documents: | | |
| 12/10/2024 | Participants at Court Event - Defendant In Court - Defense Attorney Erikson - Assistant District Attorney Floyd - Probation Representative Clifford - Session Clerk - ZS - Courtroom and Time - 15/ 9:20, 10:23, 11:09.<br>Sent to CR 18. | | |
| 12/10/2024 | Participants at Court Event - Defendant In Court - Defense Attorney Erkan - Assistant District Attorney Bernard - Probation Representative Coreen - Session Clerk - SR - Courtroom and Time - 18/ 10:05, 10:23, 11:09. | | |
| 12/10/2024 | Defendant's motion to Amend docket Rule 36 filed and DENIED. | | |
| 12/10/2024 | Commonwealth reports ready for Jury Trail.<br>Defendant answers ready for Jury Trial.<br>Both parties object due to no Spanish interpreter.<br>Defense counsel strenuous objection is noted.<br>Judge: Treseler, Hon. Paul | | |
| 12/10/2024 | The Court enters the following order: A de Novo hearing on next date for Rule 36.<br>1st Case out.<br>No further continuance.<br><br>Judge: Treseler, Hon. Paul | | |
| 12/10/2024 | Released on Personal Recognizance<br><br>Judge: Treseler, Hon. Paul | | |
| 12/11/2024 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 01/29/2025  Time: 09:00 AM<br>Result: Reschedule of Hearing | | |
| 01/16/2025 | Misc Entry: Deft's memorandum in support of De Novo hearing on motion to dismiss (Rule 36) is received and filed | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 01/24/2025 | Called ahead at the request of Commonwealth<br>Motion to Advance and Change Event | | |
| 01/24/2025 | Opposition to Motion filed<br><br>Defendant's Objection to Motion to Continue and Request to Appear via Zoom | | |
| 01/24/2025 | Participants at Court Event - Defendant Not In Court - Defense Attorney Sullivan - Assistant District Attorney Darcy - Probation Representative Lindsay - Session Clerk - MLH - Courtroom and Time - 15/10:06. | | |
| 01/24/2025 | Commonwealth's motion to Amend Event filed and ALLOWED. | | |
| 01/24/2025 | The Court enters the following order: Over Defendant's strenuous objection, event amended to Motion Hearing. | | |
| 01/24/2025 | Interpreter requested for next court date.<br>Judge: Treseler, Hon. Paul | | |
| 01/24/2025 | Opposition to Motion filed<br><br>Commonwealth's Opposition to Defendant's Third Rule 36 Motion to Dismiss | | |
| 01/29/2025 | Court orders due to the unavailability of an essential witness for the commonwealth the time is excludable to rule 36. | | |
| 01/29/2025 | Motion to Dismiss DENIED. | | |
| 01/29/2025 | Released on Personal Recognizance<br>Judge: Sinnott, Hon. Richard | | |
| 01/29/2025 | Participants at Court Event - Defendant In Court - Defense Attorney Erkan - Assistant District Attorney Tobin/Lucy - Probation Representative Grenier - Session Clerk - KD - Courtroom and Time - 15/921,1032. | | |
| 01/30/2025 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 04/03/2025  Time: 09:00 AM<br>Result: Reschedule of Hearing | | |
| 01/31/2025 | Called ahead at the request of Commonwealth | | |
| 01/31/2025 | Participants at Court Event - Defendant Not IN Court - Defense Attorney NOne - Assistant District Attorney Villegas - Probation Representative Grenier - Session Clerk - KN - Courtroom and Time - 17 / 3:28.<br><br>Judge: Treseler, Hon. Paul | | |
| 01/31/2025 | Commonwealth's motion to reschedule or continue scheduled court hearing filed and ALLOWED.<br>Continued to March 27 | | |
| 02/12/2025 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 03/27/2025  Time: 09:00 AM<br>Result: Reschedule of Hearing | | |
| 03/24/2025 | Notice of Docket Entry from Comm. of Mass. Supreme Judicial Court for the County of Suffolk Clerk's Office.<br>Judgment: denying relief under c. 211, s.3 without a hearing. (Gaziano, J.) | | |
| 03/27/2025 | Participants at Court Event - Defendant in Court - Defense Attorney Erkan - Assistant District Attorney Thompson - Probation Representative Jurczak - Session Clerk - MLH - Courtroom and Time - 15   9:15.<br><br>Judge: Key, Hon. Steven M | | |
| 03/27/2025 | Commonwealth and Defendant report ready for trial.<br>Sent to Room 21<br><br>Judge: Key, Hon. Steven M | | |
| 03/27/2025 | Participants at Court Event - Defendant in Court - Defense Attorney Erkan - Assistant District Attorney Lucy - Probation Representative Nee - Session Clerk - mc - Courtroom and Time - 21   9:41, 9:51, 10:32,   10:42,   11:31 - ,     12:26 - 1:51,    2:50 -.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/27/2025 | Spanish Interpreter present at hearing.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/27/2025 | Defendant's motion in Limine To Preclude Characterization of any name as "The True Name" or a "False Name" filed with the following, if any, supporting documents:<br>heard, and denied. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| | Judge: Summerville, Hon. Mark H | | |
| 03/27/2025 | Commonwealth's motion in Limine to Admit Certified RMV records filed with the following, if any, supporting documents:<br>heard and allowed.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/27/2025 | Commonwealth's motion in Limine to Admit Business Records filed with the following, if any, supporting documents:<br>and Denied after hearing over objection of the Commonwealth<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/27/2025 | Commonwealth's motion in Limine to Admit In Court Identification filed with the following, if any, supporting documents:<br>and allowed without objection.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/27/2025 | Commonwealth's motion in Limine (oral) to Conduct Voir Dire of Commonwealth Witness filed with the following, if any, supporting documents:<br>and Denied over Commonwealth Objection. | | |
| 03/27/2025 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 03/28/2025  Time: 09:30 AM | | |
| 03/27/2025 | Commonwealth's motion in Limine to Admit Photocopies and screen captures filed with the following, if any, supporting documents:<br>Allowed as marked. | | |
| 03/27/2025 | Witnesses other than parties ordered sequestered..<br>Judge: Summerville, Hon. Mark H | | |
| 03/27/2025 | 12:40 - Jury Venire sworn, introduced to defendant, ADA, and potential witnesses.<br>1:51  -  Jury of Eight impaneled. Court takes recess.<br>2:50  - Court resumes<br>2:54 - Jury enters courtroom, sworn to hear evidence. Complaint read to the jury.<br>Court orders Juror #135 in seat 1 to occupy seat 8 in jury box.<br>Court orders juror #159 in seat 8 to occupy seat 1 in jury box. Court appoints Juror # 135 - now in seat 8 - as Foreperson.<br>Court instructs jury<br>3:10 Opening statements<br>3:20 Defendant's Oral Motion for Mistrial based upon Commonwealth opening statement - Denied at side bar.<br>Defendant's Oral Motion for Required Finding of Not Guilty bases upon Commonwealth's Opening statement - Denied at side bar.<br>Commonwealth presents it's case.<br>Commonwealth witness:<br>3:25 - Sgt David Dumont, Mass State Police, sworn, testifies. Exhibits #'s 1 - 5 entered.<br>3:57 Side bar - Defendant's renewed oral motion for mistrial is Denied.<br>Exhibits 6 - 7 entered.<br>4:04  Testimony of Sgt Davis Dumont suspended until March 28, 2025.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/27/2025 | Released on Personal Recognizance<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | Participants at Court Event - Defendant not Court - Defense Attorney Erkan - Assistant District Attorney Boutin / Singh/Lucy - Probation Representative no - Session Clerk - mc - Courtroom and Time - 21  9:26 - 9:31, 9:59 ,  10:01 - 10:24, 10:25 - 10:27, 10:37 -11:19,   12:22 - 1:03,  2:04 -.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | Defendant's motion to Dismiss with Prejudice , and Request for Sanctions and Memorandum filed with the following, if any, supporting documents:<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | Affidavit of Ryan Sullivan received and filed.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | Participants at Court Event - Defendant not in Court - Defense Attorney Erkan / Sullivan - Assistant District Attorney Boutin / Singh/ Romero / Lucy - Probation Representative no - Session Clerk - ma - Courtroom and Time - 21. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| | Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | Commonwealth's motion for Habe filed with the following, if any, supporting documents: and Allowed.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | Commonwealth Requests Jury be Dismissed until March 31, 2025<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | The Court enters the following order: Court Orders evidentiary hearing on Defendant's Combined Motion to Dismiss with Prejudice and Request for Sanctions.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | The Court enters the following order: Court orders Commonwealth to Provide Names and addresses of Ice Agents to be subpoenaed for Evidentiary Hearing for Monday March 31, 2025 by Clerk's Office via email and ordinary course of business.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | The Court enters the following order: Court orders all witness to preserve and produce texts and emails in this matter. Court orders Defendant to provide written motion for preservation / production of texts and emails.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | The Court enters the following order: Court orders ADAs in question be prepared to testify for hearing.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | The Court enters the following order: Court orders ICE Agent Brian Sullivan and ICE Agent Steve Wells to appear for hearing Defendant's Motion To Dismiss with Prejudice and Request for Sanctions, as well as any ICE Agents involved in the arrest of the defendant on March 27, 2025 for Evidentiary Hearing.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | 11:17 Jury enters courtroom. Court Dismisses Jury until March 31, 2025.<br>Evidentiary Hearing to commence with the two Commonwealth witnesses present today after lunch recess.<br>11:19 Court takes lunch recess.<br>12:12 - Court resumes<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | Participants at Court Event - Defendant not Court - Defense Attorney Erkan / Sullivan - Assistant District Attorney Boutin / Romero - Probation Representative no - Session Clerk - mc - Courtroom and Time - 21 12:12. | | |
| 03/28/2025 | The Court enters the following order: Court Orders Clerk's Office to Subpoena and video of defendant's arrest be produced to the Clerk's Office and copies be provided to Commonwealth and Defendant.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/28/2025 | Evidentiary Hearing on Defendant's Combined Motion to Dismiss and Request for Sanctions Commences.<br>Witnesses sequestered<br>12:22 - Trpr David Dumont sworn, testified.<br>1:03 - Court takes lunch recess.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/31/2025 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 03/28/2025  Time: 09:00 AM<br>Result: Not Held | | |
| 03/31/2025 | Event Scheduled<br>Event: Jury Trial (CR)<br>Date: 03/31/2025  Time: 09:00 AM<br>Result: Held - Dismiss or to be Dismiss All Charges | | |
| 03/31/2025 | Participants at Court Event - Defendant not in Court - Defense Attorney Erkan/ Sullivan - Assistant District Attorney Campbell/ Romero - Probation Representative none - Session Clerk - CMT - Courtroom and Time - 21/ 9:33, 10:23, 10:39, 10:55, 12:40. | | |
| 03/31/2025 | notice of appearance filed Atty Peterson on behalf of ADA Liber<br>Judge: Summerville, Hon. Mark H | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 03/31/2025 | Interested Non-party's motion to Quash filed with the following, if any, supporting documents: ADA Liber subpeona | | |
| 03/31/2025 | Commonwealth's Notice of Discovery recd and filed<br>Judge: Summerville, Hon. Mark H | | |
| 03/31/2025 | Misc Entry:<br>Judge: Summerville, Hon. Mark H | | |
| 03/31/2025 | Commonwealth's motion to Quash filed with the following, if any, supporting documents: | | |
| 03/31/2025 | Evidentiary Trial / Hearing Notes<br>10:23 Jurors enter , jurors excused, recess<br>10:39 judge enters hearing resumes<br>Judge: Summerville, Hon. Mark H | | |
| 03/31/2025 | Commonwealth 's Criminal motion to orally presented to the court<br>stay<br><br>denied<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/31/2025 | Commonwealth 's Criminal motion for orally presented to the court<br>clarification<br>denied<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/31/2025 | Motion to Quash DENIED.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/31/2025 | Motion to Quash filed on behalf of ADA Liber DENIED.<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/31/2025 | Commonwealth 's Criminal motion to orally presented to the court<br>mistrial<br><br>denied<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/31/2025 | Commonwealth 's Criminal motion for orally presented to the court<br>Judge Summerville to recuse himself<br><br>denied<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/31/2025 | Defendant 's Criminal motion to orally presented to the court<br>issue bench warrant for ICE agent Sullivan<br><br>no action<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/31/2025 | Defendant 's Criminal motion for orally presented to the court<br>Commonwealth to Show Cause/ Contempt no action<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/31/2025 | Evidentiary Trial / Hearing Notes<br><br>10:55 ADA John Lucy sworn and testifies<br>Exhibit 1: March 21, 2025 email from ADA Lucy<br>Exhibit 2: Commonwealth's Notice of Discovery filed March 31, 2025<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/31/2025 | Notice of removal to federal court as to Federal Ice agents recd and filed<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/31/2025 | Commonwealth's second notice of discovery recd and filed<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/31/2025 | Evidentiary Trial / Hearing Notes<br><br>12:40 Court resumes | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| | after argument, court's findings on the record<br>Dismissed with prejudice based on prosecutorial misconduct<br><br>Finding as to ICE agent Sullivan, found in contempt pursuant to Ma Rule Crim. Pro. 44 referred to Commonwealth for investigation and prosecution<br><br>matter remanded to the federal court pursuant to notice of removal<br><br>Judge: Summerville, Hon. Mark H | | |
| 03/31/2025 | Charges Disposed::<br>Charge # 1 LICENSE, FALSE APPLICATION FOR MV c90 §24B<br>    On: 03/31/2025    Judge: Hon. Mark H Summerville<br>    Dismissed - With Prejudice<br><br>Charge # 2 RMV DOCUMENT, FORGE/MISUSE c90 §24B<br>    On: 03/31/2025    Judge: Hon. Mark H Summerville<br>    Dismissed - With Prejudice | | |
| 03/31/2025 | copy of judge's endorsed motion emailed to ADA Campbell and Atty Sullivan | | |
| 04/01/2025 | Written finding of Justice after motion to Dismiss hearing received and filed. | | |
| 04/01/2025 | Finding of Contempt Pursuant to Mass. Rule of Criminal Procedure 44<br><br>Judge: Summerville, Hon. Mark H | | |

## Case Disposition

| Disposition | Date |
|---|---|
| Pending | 01/23/2020 |
| Dismissed | 03/31/2025 |