UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS EXECUTIVE OFFICE OF THE TRIAL COURT,<br><br>        Plaintiff,<br><br>v.<br><br>AGENT BRIAN SULLIVAN,<br><br>        Defendant. | Civil Case No. 25-10769-WGY |

## BRIAN SULLIVAN'S MOTION TO VACATE

Brian Sullivan, by and through his undersigned counsel, respectfully moves this Court to vacate the April 1, 2025 order of contempt entered against him by the Boston Municipal Court, Central Division, for the reasons further described in the accompanying memorandum of law.

WHEREFORE, Brian Sullivan respectfully requests that the Court allow this motion and vacate the order of contempt entered by the Boston Municipal Court.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: April 2, 2025        By:    */s/ Michael L. Fitzgerald*
RAYFORD A. FARQUHAR
MARK SAUTER
MICHAEL L. FITZGERALD
Assistant United States Attorneys
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3100
rayford.farquhar@usdoj.gov
mark.sauter@usdoj.gov
michael.fitzgerald2@usdoj.gov

## **LOCAL RULE 7.1 CERTIFICATION**

I certify that I have not conferred with counsel for the opposing party, as counsel has not appeared for the opposing party to date.

>   */s/ Michael L. Fitzgerald*
>   MICHAEL L. FITZGERALD
>   Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the following parties:

| *Counsel for the Commonwealth of Massachusetts* | *Counsel for Wilson Martell-LeBron* |
|---|---|
| Maria Romero | Murat Erkan |
| Assistant District Attorneys | Ryan Sullivan |
| Suffolk County District Attorney's Office | Erkan and Sullivan, P.C. |
| One Bulfinch Place | 300 High Street |
| Boston, MA 02114 | Andover, MA 01810 |

>   */s/ Michael L. Fitzgerald*
>   MICHAEL L. FITZGERALD
>   Assistant U.S. Attorney

Dated:  April 2, 2025