UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE TRIAL COURT OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>v.<br><br>AGENT BRIAN SULLIVAN,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:25-cv-10769-WGY |

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as counsel for the plaintiff in this removed action, the Trial Court of Massachusetts.[1]

                                                Respectfully submitted,

                                                ANDREA JOY CAMPBELL
                                                ATTORNEY GENERAL

                                                */s/ Timothy J. Casey*
                                                Timothy J. Casey (BBO No. 650913)
                                                Assistant Attorney General
                                                Office of the Attorney General of Massachusetts
                                                Government Bureau
                                                One Ashburton Place
                                                Boston, MA 02108
                                                (617) 963-2043
April 11, 2025                                 timothy.casey@state.ma.us

---

[1] The papers filed by the Defendant list the Plaintiff as the "Executive Office of the Trial Court." But the proper name of the entity is the Trial Court of Massachusetts, so that name is used here.

## CERTIFICATE OF SERVICE

      I certify that this document, filed through the Court's ECF, system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on April 11, 2025.

| | |
|---|---|
| Rayford A. Farquhar<br>Mark Sauter<br>Michael L. Fitzgerald<br>Assistant United States Attorneys<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>rayford.farquhar@usdoj.gov<br>mark.sauter@usdoj.gov<br>Michael.fitgerald2@usdoj.gov | Maria Romero<br>Assistant District Attorney<br>Suffolk County District Attorney's Office<br>One Bulfinch Place<br>Boston, MA 02114 |
| Murat Erkhan<br>Ryan Sullivan<br>Erkan and Sullivan, P.C.<br>300 High Street<br>Andover, MA 01810 | |

                                                  */s/ Timothy J. Casey*
                                                  Timothy J. Casey
                                                  Assistant Attorney General