UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE TRIAL COURT OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>v.<br><br>AGENT BRIAN SULLIVAN,<br><br>Defendant. | CIVIL ACTION<br>NO. 1:25-cv-10769-WGY |

**RESPONSE TO MOTION TO VACATE**

The plaintiff in this removed case, the Trial Court of Massachusetts,[1] files this response to the Motion to Vacate ("Motion") [ECF No. 5]. By this response, the Trial Court states that it does not oppose the relief requested in the Motion.

Respectfully submitted,

TRIAL COURT OF MASSACHUSETTS,

By its attorney,

*/s/ Timothy J. Casey*
Timothy J. Casey (BBO No. 650913)
Assistant Attorney General
Office of the Attorney General of Massachusetts
Government Bureau
One Ashburton Place
Boston, MA 02108-1698
Timothy.Casey@mass.gov
(617) 727-7000

---

[1] The papers filed by the Defendant list the Plaintiff as the "Executive Office of the Trial Court." But the proper name of the entity is the Trial Court of Massachusetts, so that name is used here.

## **CERTIFICATE OF SERVICE**

      I certify that this document, filed through the Court's ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on April 11, 2025.

| | |
|---|---|
| Rayford A. Farquhar | Maria Romero |
| Mark Sauter | Assistant District Attorney |
| Michael L. Fitzgerald | Suffolk County District Attorney's Office |
| Assistant United States Attorneys | One Bulfinch Place |
| 1 Courthouse Way, Suite 9200 | Boston, MA 02114 |
| Boston, MA 02210 | |
| rayford.farquhar@usdoj.gov | |
| mark.sauter@usdoj.gov | |
| Michael.fitgerald2@usdoj.gov | |

Murat Erkhan
Ryan Sullivan
Erkan and Sullivan, P.C.
300 High Street
Andover, MA 01810

                                                     */s/ Timothy J. Casey*
                                                     Timothy J. Casey
                                                     Assistant Attorney General