**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>MASSACHUSETTS EXECUTIVE OFFICE OF THE TRIAL COURT</u>
**Plaintiff**

|  |  |
|---|---|
|  | CIVIL ACTION |
| V. | NO. <u>25cv10769-WGY</u> |

<u>BRIAN SULLIVAN</u>
**Defendant**

**ORDER OF DISMISSAL**

**<u>YOUNG D.J.</u>,**

    In accordance with the Court's ELECTRONIC ORDER entered on April 14, 2025, it is hereby ORDERED that this action is DISMISSED without prejudice as moot.

By the Court,

**/s/Matthew A. Paine**

Deputy Clerk

April 14, 2025